UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
AUBREY HOLDER | Bankruptcy No.19-13970-JKF

Debtor |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 15th day of November, 2019, by first class mail upon

those listed below:

AUBREY HOLDER
228 EDGEMONT AVENUE
ARDMORE, PA  19003

**Electronically via CM/ECF System Only:**

CHRISTIAN A DI CICCO ESQ
2008 CHESTNUT ST
PHILADELPHIA, PA  19103

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee