## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Aubrey Holder aka Aubrey Leodore
                              Debtor(s)

BANK OF AMERICA, N.A., its successors and/or
assigns
                              Movant
                    vs.

Aubrey Holder aka Aubrey Leodore
                              Debtor(s)

Scott Waterman
                              Trustee

CHAPTER 13

NO. 19-13970 JKF

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of BANK OF AMERICA, N.A., which was filed with the Court on or about **september 13, 2019, docket number 11**.

Respectfully submitted,

By: **/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant

November 24, 2019