| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-13970-AMC**

AUBREY HOLDER
228 EDGEMONT AVENUE
ARDMORE  PA    19003

Petition Filed Date: 06/21/2019
341 Hearing Date: 08/09/2019
Confirmation Date: 12/11/2019

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/03/2020 | $851.00 | | 02/20/2020 | $851.00 | | 03/19/2020 | $851.00 | |
| 04/15/2020 | $851.00 | | 05/18/2020 | $851.00 | | 06/17/2020 | $851.00 | |
| 07/20/2020 | $851.00 | | 08/18/2020 | $851.00 | | 09/21/2020 | $851.00 | |
| 10/19/2020 | $851.00 | | 11/25/2020 | $851.00 | | 12/15/2020 | $851.00 | |
| 01/22/2021 | $851.00 | | 03/01/2021 | $851.00 | | 03/22/2021 | $851.00 | |
| 04/29/2021 | $851.00 | | 05/21/2021 | $851.00 | | | | |

**Total Receipts for the Period: $14,467.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $19,269.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»»  001 | Unsecured Creditors | $538.06 | $0.00 | $538.06 |
| 2 | CARRINGTON MORTGAGE SERVICES LLC<br>»»  002 | Mortgage Arrears | $41,004.96 | $14,148.19 | $26,856.77 |
| 0 | CHRISTIAN A DI CICCO ESQ | Attorney Fees | $3,438.00 | $3,438.00 | $0.00 |

**Chapter 13 Case No. 19-13970-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,269.00 | Current Monthly Payment: | $851.00 |
| Paid to Claims: | $17,586.19 | Arrearages: | ($775.00) |
| Paid to Trustee: | $1,682.81 | Total Plan Base: | $49,981.00 |
| Funds on Hand: | $0.00 | | |

### NOTES:

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.