Certificate Number: 05781-PAE-DE-036058173

Bankruptcy Case Number: 19-13970



05781-PAE-DE-036058173

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 12, 2021, at 8:58 o'clock AM PDT, Aubrey Holder completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  October 12, 2021                By:   /s/Allison M Geving

                                       Name: Allison M Geving

                                       Title: President