## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Aubrey Holder | : | |
| Debtor | : | Bankruptcy No. 19-13970-amc |

## <u>PRAECIPE TO CHANGE DEBTOR'S ADDRESS</u>

To the Clerk:

    Kindly note that the Debtor's new address is:

        8250 SW 72nd Ct., W323, Miami, FL 33143

    Please change Debtor's address accordingly.

Dated: October 26, 2021        Respectfully submitted,

        By:*/s/ Christian A. DiCicco, Esquire*
        Christian A. DiCicco, Esquire
        Law Offices of Christian A. DiCicco
        2008 Chestnut Street
        Philadelphia, PA 19103
        (215) 564-6812 phone
        (215) 564-6814 fax
        cdicicco@myphillybankruptcylawyer.com
        Attorney for Debtor