UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 19 - 13970 |
| Aubrey Holder | : | (Chapter 13) |
| Debtor. | : |  |
|  | : | Hon. Ashely M. Chan |
|  | : |  |

# AMENDED CERTIFICATE OF SERVICE

On May 28, 2022 and pursuant to Rule 9014-3(g) of the Local Bankruptcy Rules, I, Ronald G. McNeil, Esquire, certify that a true and correct copy of Debtor's Motion to Sell Property Free and Clear of Liens and its Notice of Motion were served via electronic means, via hand delivery, and/or via first class postage prepaid, properly franked upon the following:

American Home Bank
805 Estelle Drive
Lancaster, PA 17601-2131

Bank of America, N.A.
Bankruptcy Department
P.O. Box 982284
El Paso, TX 79998-2238

Bank of America, N.A.
Carrington Mortgage Services, LLC
  c/o KML Law Group, P.C.
ATTN: Kevin G. McDonald, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

Capital One Financial
Bankruptcy Department
P.O. Box 30285
Salt Lake City, UT  84130-0285

Credit One Bank, N.A.
Bankruptcy Department
6801 So. Cimarron Road
Las Vegas, NV 89113-2273

Discover Bank
DFS Services, Inc.
P.O. Box 15316
Wilmington, DE 19850-5184

IKEA
Bankruptcy Department
420 Alan Wood Road
Conshohocken, PA 19428-1141

LVNV Funding, LLC, f/k/a,
Resurgent Capital Services, LP
P.O. Box 10587
Greenville, SC  29603-0587

Lower Merion Township
Township Administration Building
Office of Town Manager
75 East Lancaster Avenue
Ardmore, PA 19003-2323

Montgomery County
Tax Claim Bureau
P.O. Box 64439
Souderton, PA 18964-0439

PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541-1021

Southwest Credit Systems
4120 International Parkway
Suite 1100
Carrollton, TX 75007-1958

Sun Federal Credit Union
ATTN: Bankruptcy
1627 Holland Drive
Maumee, OH 43537-1622

Synchrony Bank
Bankruptcy Department
20 Corporate Hills Drive
St. Charles, MO 63301-3708

Scott F. Waterman, Esquire
Office of the Chapter 13 Standing Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606-0410

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107-4414

  /s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: June 15, 2022