UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | : | Case No. 19 - 13970 |
| Aubrey Holder | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

## CERTIFICATE OF NO OBJECTION

Pursuant to Rule 9014-3(k) of the Local Bankruptcy Rules, I, Ronald G. McNeil, Esquire, certify that a true and correct copy of Debtor's Motion to Sell Property Free and Clear of Liens and its Notice of Motion were served upon all interested parties via the internet, via hand delivery and/or via first class postage prepaid on May 28, 2022, that more than fourteen (14) days have past since the service of this notice, and that no answer and/or objection has been filed.

Respectfully submitted,

 /s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: June 15, 2022
1333 Race Street
Philadelphia, PA  19107-1585
(215) 564 - 3999 (t)
(215) 564 - 3537 (fx)
r.mcneil1@verizon.net