| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-13970-AMC**

AUBREY HOLDER
8250 SW 72ND CT
MIAMI  FL    33143

Petition Filed Date: 06/21/2019
341 Hearing Date: 08/09/2019
Confirmation Date: 12/11/2019

Case Status: Completed on 6/29/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/29/2021 | $851.00 | | 05/21/2021 | $851.00 | | 06/28/2021 | $851.00 | |
| 07/30/2021 | $851.00 | | 09/08/2021 | $851.00 | | 10/05/2021 | $851.00 | |
| 11/02/2021 | $851.00 | | 01/06/2022 | $851.00 | | 01/11/2022 | $851.00 | |
| 03/01/2022 | $851.00 | | 03/07/2022 | $851.00 | | 03/30/2022 | $851.00 | |
| 05/09/2022 | $851.00 | | 06/29/2022 | $851.00 | | | | |

**Total Receipts for the Period:  $11,914.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $29,481.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $538.06 | $0.00 | $538.06 |
| 2 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 002 | Mortgage Arrears | $22,709.25 | $22,709.25 | $0.00 |
| 0 | CHRISTIAN A DI CICCO ESQ | Attorney Fees | $3,438.00 | $3,438.00 | $0.00 |
| 0 | RONALD G MC NEIL, ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-13970-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,481.00 | Current Monthly Payment: | $851.00 |
| Paid to Claims: | $26,147.25 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,550.83 | Total Plan Base: | $49,981.00 |
| Funds on Hand: | $782.92 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.