United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-13970-amc

Aubrey Holder  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 24, 2022 | Form ID: 138OBJ | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aubrey Holder, 8250 SW 72nd Ct., W323, Miami, FL 33143-4215 |
| 14345341 | + | Amer Home Bk, 805 Estelle Drive, Lancaster, PA 17601-2131 |
| 14352598 | + | Bank Of American, N.A., c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |
| 14345350 | + | KML Law Group, P.C., Suite 5000-BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14345351 | + | Montgomery County, Attn: Carolyn Rice, Treasurer, 451 West Third Street, Dayton, OH 45422-1000 |
| 14345352 | + | Montgomery County Sheriff's Department, Court House, 1st Floor, PO Box 311, Norristown, PA 19404-0311 |
| 14695351 | + | Montgomery County Tax Claim Bureau, c/o Michael Vagnoni, Obermayer Rebmann Maxwell & Hippel LLP, 1500 Market Street, Suite 3400, Philadelphia, PA 19102-2100 |
| 14345356 | ++++ | SYNCHRONY BANK, 2070 LITTLE HILLS EXPY, SAINT CHARLES MO 63301-3708 address filed with court:, Synchrony Bank, 20 Corporate Hills Drive, Saint Charles, MO 63301 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 25 2022 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 25 2022 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14345342 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 25 2022 00:07:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14345343 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 25 2022 00:07:00 | Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14345344 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 25 2022 00:07:00 | Bank of America, N.A., 7105 Corporate Drive, Plano, TX 75024-4100 |
| 14379286 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 25 2022 00:07:00 | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14345345 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2022 00:15:32 | Capital One, Attn: Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14345346 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2022 00:15:33 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14345347 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 25 2022 00:07:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92803-3730 |
| 14345348 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 25 2022 00:15:20 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |

Case 19-13970-amc   Doc 49   Filed 08/26/22   Entered 08/27/22 00:28:22   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 24, 2022 | Form ID: 138OBJ | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| 14345349 | | Email/Text: mrdiscen@discover.com | Aug 25 2022 00:07:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14345350 | ^ | MEBN | Aug 25 2022 00:05:22 | KML Law Group, P.C., Suite 5000-BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14377477 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2022 00:15:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14345353 | + | Email/Text: bankruptcy@sw-credit.com | Aug 25 2022 00:07:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14345354 | + | Email/Text: consumerlending@sunfcu.org | Aug 25 2022 00:07:00 | Sun Federal Credit Union, Attn: Bankruptcy, 1627 Holland Dr, Maumee, OH 43537-1622 |
| 14345355 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 00:15:41 | Syncb/Ikea, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14345808 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 00:15:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |
| 14345357 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 00:15:20 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 26, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:

**Name**              **Email Address**

KEVIN G. MCDONALD
    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

MICHAEL D. VAGNONI
    on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com
    Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

RONALD G. MCNEIL
    on behalf of Debtor Aubrey Holder r.mcneil1@verizon.net

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

Scott F Waterman

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 24, 2022 | Form ID: 138OBJ | Total Noticed: 25 |

on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Aubrey Holder
        Debtor(s)

Case No: 19−13970−amc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

            900 Market Street
              Suite 400
          Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/24/22

48 − 46
Form 138OBJ